**11 CIV 8053**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

VARSITY BRANDS, INC., VARSITY SPIRIT
FASHIONS AND SUPPLIES, INC. and VARSITY
SPIRIT CORPORATION,

                Plaintiffs,

     -against-

MSG HOLDINGS, L.P., Composed of MSG EDEN
CORPORATION; MSG VARSITY NETWORK
LLC, JOHN DOES, JANE DOES and ABC CORPS.,
                Defendants.

-------------------------------------------------------------- x

Civil Action No.

**RULE 7.1 STATEMENT**

       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs Varsity Brands, Inc., Varsity Spirit Fashions and Supplies, Inc. and Varsity Spirit Corporation certifies that none of Plaintiffs is publicly held and none of Plaintiffs has a parent corporation that is publicly held. Herff Jones, Inc. owns 10% or more of the stock of Plaintiffs.

Dated: New York, New York
         November 8, 2011

Respectfully submitted,

COWAN LIEBOWITZ & LATMAN, P.C.

By: _____
   Arlana S. Cohen (asc@cll.com)
   J. Christopher Jensen (jcj@cll.com)
   Thomas Kjellberg (txk@cll.com)
1133 Avenue of the Americas
New York, New York 10036-6799
Tel: (212) 790-9237
Attorneys for Plaintiffs

25894/097/1276003.1