Kathleen E. McCarthy (KM-9219)
KING & SPALDING, LLP
1185 Avenue of the Americas
New York, New York 10036-4003
Tel: (212) 556-2100
Fax: (212) 556-2222
*Attorneys for the Defendants/Counterclaim Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VARSITY BRANDS, INC., VARSITY, SPIRIT FASHIONS AND SUPPLIES, INC. and VARSITY SPIRIT CORPORATION, <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> MSG HOLDINGS, L.P., Composed of MSG EDEN CORPORATION; MSG VARSITY NETWORK LLC; JOHN DOES, JANE DOES and ABC CORPS, <br><br> Defendants/Counterclaim Plaintiffs. | Civil Action No.11cv8053 (PGG) <br><br> RULE 7.1 STATEMENT FOR DEFENDANT MSG HOLDINGS, L.P. |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for MSG HOLDINGS, L.P. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

CABLEVISION SYSTEMS CORPORATION
THE MADISON SQUARE GARDEN COMPANY
AMC NETWORKS, INC.

Dated: December 12, 2011
    New York, New York                                       /s/ Kathleen E. McCarthy
                                                                                 Kathleen E. McCarthy