Kathleen E. McCarthy (KM-9219)
KING & SPALDING, LLP
1185 Avenue of the Americas
New York, New York 10036-4003
Tel: (212) 556-2100
Fax: (212) 556-2222
*Attorneys for the Defendants/Counterclaim Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VARSITY BRANDS, INC., VARSITY, SPIRIT FASHIONS AND SUPPLIES, INC. and VARSITY SPIRIT CORPORATION,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>MSG HOLDINGS, L.P., Composed of MSG EDEN CORPORATION; MSG VARSITY NETWORK LLC; JOHN DOES, JANE DOES and ABC CORPS,<br><br>Defendants/Counterclaim Plaintiffs. | Civil Action No.11cv8053 (PGG)<br><br>RULE 7.1 STATEMENT FOR DEFENDANT MSG VARSITY NETWORK, LLC |

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for MSG VARSITY NETWORK, LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

CABLEVISION SYSTEMS CORPORATION
THE MADISON SQUARE GARDEN COMPANY
AMC NETWORKS, INC.

Dated: December 12, 2011
    New York, New York                           /s/ Kathleen E. McCarthy
                                                                                    Kathleen E. McCarthy